UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DANIEL KHESIN** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 3:20cv1580(SALM) |
| | : | |
| **AETNA LIFE INSURANCE COMPANY and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** | : : : | |
| | : | |
| Defendants | : | |

## JUDGMENT

This matter came up for consideration following a bench trial on a stipulated record before the Honorable Sarah A. L. Merriam, United States District Judge. On July 20, 2022, the Court, having considered the full record of the case including applicable principles of law, entered a Memorandum of Decision **[Doc. #64]** that AFFIRMED the administrative decision, and directed that judgment enter in favor of the defendants. It is hereby;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the defendants Aetna Life Insurance Company and Hartford Life and Accident Insurance Company, against the plaintiff Daniel Khesin, consistent with the Court's Memorandum of Decision, and this case shall be closed.

Dated at Bridgeport, Connecticut, this 20th day of July, 2022.

DINAH MILTON KINNEY, Clerk

By: ____/s/_____
Andrew Caffrey
Deputy Clerk

EOD: 7/20/2022